UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| GREGORY GRIMES, individually and on behalf of all similarly situated, | ) ) ) | |
| Plaintiff(s), | ) ) | Civil No. 3:16-cv-00025-GFVT |
| V. | ) ) | |
| LARRY STIGERS EQUIPMENT, TRAILERS & TRUCKS, LLC, | ) ) ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Agreed Order of Dismissal with Prejudice submitted by the parties.  [R. 12.]  The parties indicate they have reached a settlement agreement in its entirety, including attorney's fees and costs.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**;

2. Any pending motions are **DENIED**, as moot; and

3. This matter is **STRICKEN** from the Court's active docket.

This the 9th day of January, 2017.

Gregory F. Van Tatenhove
United States District Judge